166 A.3d 231

CHRIS G. ALEVRAS, PLAINTIFF–PETITIONER, v. GLENN L. CAV-ANAGH, INDIVIDUALLY, AND CAVANAGH & ASSOCIATES, P.C., DEFENDANTS–RESPONDENTS, AND GOLD, ALBANESE & BARLETTI, LLC, JOINTLY, SEVERALLY, AND INDIVIDU-ALLY, DEFENDANTS.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004163–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.